IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-02767-RBJ

U.S. SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

GEOFFREY H. LUNN,
DARLENE A. BISHOP, and
VINCENT G. CURRY,

    Defendants.

## ORDER OF DEFAULT JUDGMENT

Upon consideration of the United States' motion for a default judgment [docket #24], the Clerk's previous entry of default [#23], and for good cause shown, IT IS HEREBY ORDERED THAT:

    A.    The Court enters judgment by default in favor of the United States Securities and Exchange Commission and against Vincent G. Curry as set forth in this order;

    B.    On the claim for relief in Count One of the United States Securities and Exchange Commission's Complaint, the Court finds that Vincent G. Curry violated Sections 5(a) and 5(c) of the Securities Act, 15 U.S.C. §§ 77e(a) and 77e(c);

    C.    On the claim for relief in Count Two of the United States Securities and Exchange Commission's Complaint, the Court finds that Vincent G. Curry violated Section

      10 of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5;

D. On the claim for relief in Count Three of the United States Securities and Exchange Commission's Complaint, the Court finds that Vincent G. Curry violated Section 17(a)(1) of the Securities Act, 15 U.S.C. 77q(a)(1);

E. On the claim for relief in Count Three of the United States Securities and Exchange Commission's Complaint, the Court finds that Vincent G. Curry violated Sections 17(a)(2) and (3) of the Securities Act, 15 U.S.C. 77q(a)(2) and (3);

F. On the claim for relief in Count Three of the United States Securities and Exchange Commission's Complaint, the Court finds that Vincent G. Curry violated Section 15 of the Exchange Act 15 U.S.C. § 78o(a);

G. Vincent G. Curry is permanently restrained and enjoined from violating Sections 5(a), 5(c), 17(a)(1), 17(a)(2) and 17(a)(3) of the Securities Act, Sections 10(b) and 15(a) of the Exchange Act, and Rule 10b-5 thereunder;

H. Vincent G. Curry is ordered to disgorge $399,930 in ill-gotten gains and to pay $28,914.11 in prejudgment interest;

I. Inasmuch as the plaintiff has provided no basis on which the Court could determine an appropriate and reasonable amount of a civil monetary penalty to assess against this defendant in addition to the disgorgement and interest specified above, the Court declines to impose a civil monetary penalty pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d) and Section 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3).

DATED this 25th day of April, 2013.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge