IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02767-RM-BNB

U.S. SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

GEOFFREY H. LUNN,
DARLENE A. BISHOP, and
VINCENT G. CURRY,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Motion to Suspend the Due Dates Set in the Court's Order Settling Rule 16(b) Scheduling Conference and Rule 16(f) Planning Meeting** [docket no. 35, filed July 17, 2013] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for **July 25, 2013,** and all related deadlines, are **VACATED**.  This matter will be reset at a later date if necessary.


DATED:  July 17, 2013