**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-02767-RM-BNB

U.S. SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

  v.

GEOFFREY H. LUNN,
DARLENE A. BISHOP, and
VINCENT G. CURRY,

        Defendants.

---

**ORDER GRANTING
JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT
AGAINST DEFENDANT DARLENE A. BISHOP (ECF NO. 34)
AND SETTING BRIEFING DATES**

---

THIS MATTER comes before the Court on Plaintiff U.S. Securities and Exchange Commission ("Commission") and Defendant Darlene A. Bishop's ("Defendant Bishop") (collectively, "Parties") Joint Motion for Entry of Consent Judgment Against Defendant Darlene A. Bishop ("Joint Motion") (ECF No. 34) and Consent of Defendant Darlene A. Bishop ("Consent") (ECF No. 34-1). The Parties have advised the Court that, after numerous settlement discussions, they have reached a bifurcated settlement agreement whereby, among other things: (1) Defendant Bishop consents to this Court's entry of judgment against Defendant Bishop for injunctive and other relief; and (2) the Parties consent to this Court's determination of the proper

amount of disgorgement of ill-gotten gains, prejudgment interest, and civil penalty Defendant Bishop must pay.

The Parties have represented settling this action under the agreement is a fair resolution of this action and allowing the Court to resolve of the financial issues will be an efficient use of the parties' and Court's resources. The Court has reviewed the proposed consent judgment to determine whether it is fair, adequate, reasonable, and in the public's best interest. In light of the Parties' representations, the Court's role in reviewing the proposed consent judgment and determining the amount Defendant Bishop shall be required to pay, and other considerations, it is

**ORDERED** that the Joint Motion (ECF No. 34) is **GRANTED**; it is

**FURTHER ORDERED** that the Judgment as to Defendant Bishop is hereby entered concurrent with this Order; it is

**FURTHER ORDERED** that Plaintiff Commission shall have 60 days from the date on which Defendant Bishop is sentenced in connection with the criminal case pending against her in the Western District of Texas (Case No. 12-cr-00123) to file a brief regarding the appropriate amount of disgorgement, prejudgment interest and civil penalty to be imposed against Defendant Bishop; it is

**FURTHER ORDERED** that Defendant Bishop shall have 30 days to respond to any brief filed by Plaintiff Commission regarding the appropriate amount of disgorgement, prejudgment interest and civil penalty to be imposed against Defendant Bishop; and it is

**FURTHER ORDERED** that Plaintiff Commission shall have 14 days to reply to any response brief filed by Defendant Bishop regarding the appropriate amount of disgorgement, prejudgment interest and civil penalty to be imposed against her.

DATED this 1st day of August, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge