IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02767-RM-BNB

U.S. SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

GEOFFREY H. LUNN,
DARLENE A. BISHOP, and
VINCENT G. CURRY,

Defendants.

_____

**ORDER**
_____

At the request of the parties, and in view of the pending criminal prosecution of Mr. Lunn,

IT IS ORDERED:

(1)     This matter is STAYED pending further order of the court; and

(2)     The parties shall file a status report, on or before **July 7, 2014**, addressing the status of the criminal prosecution and whether further proceedings should be scheduled in this action.

Dated April 2, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge